FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMAS G. VALDEZ, husband, JULISA G. VALDEZ, wife, JEZLENN A. VALDEZ, a single woman, STEVEN H. SACKMAN, as Guardian Ad Litem for JTV and JAV, JTV, a minor, and JAV, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN D. ROEDIGER, husband and JAMIE ROEDIGER, wife, and STATE FARM, a Mutual Insurance Company,<br><br>Defendants. | No.   2:19-cv-00231-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 26, 2020, the parties filed a stipulated dismissal, ECF No. 19. The Court issued an Order as to clarifying the claims brought on behalf of J.T.V. ECF No. 20. The parties filed a joint status report for Plaintiff Jaziel T. Valdez stating Plaintiff Jaziel T. Valdez was a minor at the time of the accident, but that she was an adult at the time of the stipulated dismissal. ECF No. 21 at 1. As such, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

ORDER DISMISSING CASE – 1

**1.** The parties' Stipulation for Order of Dismissal with Prejudice, **ECF No. 19**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2